■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GREENE, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on or about

June 20, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Saxe, Friedman, Sweeny and Acosta, JJ.